19 F.3d 1370
 91 Ed. Law Rep. 847
 Albert E. LASSITER, Plaintiff-Appellant,
v.
ALABAMA A & M UNIVERSITY, BOARD OF TRUSTEES; Douglas
Covington; Thomas Fuller; Herbert Gray; Robert
T. Hughes; W. Troy Massey; Eddie
Player, Defendants-Appellees.
 No. 92-6295.
 United States Court of Appeals,
Eleventh Circuit.
 April 14, 1994.
 
 Susan Williams Reeves, Birmingham, AL, for appellant.
 Joe R. Whatley, Jr., Cooper, Mitch, Crawford, Kuykendall & Whatley, John C. Falkenberry, Birmingham, AL, for appellees.
 Appeal from the United States District Court for the Northern District of Alabama (No. CV-86-HM-5453-NE); E.B. Haltom, Jr., Judge.
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
 (Opinion October 7, 1993, 11th Cir., 1993, 3 F.3d 1482)
 Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.